| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Calvin W Wheeler II <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9614 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of California | |
| Case number: | 20–01763–MM7 | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Calvin W Wheeler II
aka Calvin Waverly Wheeler II

7/7/20                                                       **By order of the court:**   Michael Williams
                                                                                          Clerk of the Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Southern District of California
In re:                                                                  Case No. 20-01763-MM
Calvin W Wheeler, II                                                    Chapter 7
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0974-3           User: admin                 Page 1 of 2                  Date Rcvd: Jul 08, 2020
                               Form ID: 318                Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db             +Calvin W Wheeler, II,    9740 Campo Road PMB 12,    Spring Valley, CA 91977-1415
smg            +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
                 San Diego, CA 92108-4424
smg             Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
                 Center Valley, PA 18034-0520
14723712       +Atlantic CAP BKSELFLender,    P.O. Box 550889,    Atlanta, GA 30355-3389
14723713       +Capital Bank NA,    101 Crossways park West,    Woodbury, NY 11797-2020
14723724       +The CBE Group, Inc.,    131 Tower Park Dr., Ste. 100,    P.O. Box 900,    Waterloo, IA 50704-0900
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: CALTAXFEE Jul 09 2020 07:38:00      California Department of Tax and Fee Administratio,
                 Account Information Group, MIC:29,    P.O. Box 942879,    Sacramento, CA  94279-0029
smg            +EDI: EDD.COM Jul 09 2020 07:38:00      Employment Develop. Dept., State of CA,
                 Bankruptcy Unit - MIC 92E,    P.O. Box 826880,   Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Jul 09 2020 07:38:00      Franchise Tax Board,    Attn: Bankruptcy,
                 P.O. Box 2952,   Sacramento, CA 95812-2952
smg            +E-mail/Text: ustp.region15@usdoj.gov Jul 09 2020 03:54:05      United States Trustee,
                 Office of the U.S. Trustee,    880 Front Street,   Suite 3230,   San Diego, CA 92101-8897
14723710       +EDI: AMEREXPR.COM Jul 09 2020 07:38:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
14723711       +EDI: AMSHER.COM Jul 09 2020 07:38:00      Amsher Collection Services,
                 4524 Southlake Pkwy, Ste. 15,    Birmingham, AL 35244-3271
14723715       +EDI: PHINGENESIS Jul 09 2020 07:38:00      CB Indigo,    P.O. Box 4499,
                 Beaverton, OR 97076-4499
14723714       +EDI: CAPITALONE.COM Jul 09 2020 07:38:00      Capital One Bank,    P. O. Box 30281,
                 Salt Lake City, UT 84130-0281
14723716       +EDI: WFNNB.COM Jul 09 2020 07:38:00      Comenity Bank,    PO Box 182273,
                 Columbus, OH 43218-2273
14723717       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 09 2020 04:01:43      Credit One Bank,
                 PO Box 98872,   Las Vegas, NV 89193-8872
14723718       +EDI: NAVIENTFKASMDOE.COM Jul 09 2020 07:38:00      Dept of Ed/Navient,
                 123 Justison Street 3rd Floor,    Wilmington, DE 19801-5360
14723719       +E-mail/Text: netcreditbnc@enova.com Jul 09 2020 03:54:36      NC Financial,
                 175 W. Jackson #1000,    Chicago, IL 60604-2863
14723720        EDI: PRA.COM Jul 09 2020 07:38:00      Portfolio Recovery Associates,
                 120 Corporate Blvd, Ste 100,    Norfolk, VA 23502
14725925       +EDI: PRA.COM Jul 09 2020 07:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14723721       +E-mail/Text: bankruptcy.notices@secumd.com Jul 09 2020 03:54:26      SECU,    971 Corporate Blvd,
                 Linthicum, MD 21090-2342
14723722       +E-mail/Text: collections@swacu.org Jul 09 2020 03:53:46      Southwest Airlines EFCU,
                 P.O. Box 35708,    Dallas, TX 75235-0708
14723723       +E-mail/Text: bankruptcy.notices@secumd.com Jul 09 2020 03:54:26      State Employee Credit Union,
                 971 Corporate Blvd,    Linthicum Heights, MD 21090-2342
14723725       +EDI: VERIZONCOMB.COM Jul 09 2020 07:38:00      Verizon Wireless,    P.O. Box 650051,
                 Dallas, TX 75265-0051
14723726       +EDI: BLUESTEM Jul 09 2020 07:38:00      Webbank/Fingerhut,    6250 Ridgewood Rd.,
                 Saint Cloud, MN 56303-0820
14723727        EDI: WFFC.COM Jul 09 2020 07:38:00      Wells Fargo Auto,    P.O. Box 17900,
                 Denver, CO 80217-0900
                                                                                              TOTAL: 20

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0974-3          User: admin              Page 2 of 2             Date Rcvd: Jul 08, 2020
                              Form ID: 318             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
              Ahren A. Tiller    on behalf of Debtor Calvin W Wheeler, II atiller@blc-sd.com,
               brett.bodie@blc-sd.com;carolina@blc-sd.com;anika@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;de
               rek@blc-sd.com;ecf.blcsd@gmail.com;Megan@blc-sd.com;Nicole@blc-sd.com;4436097420@filings.docketbi
               rd.com
              Leslie T. Gladstone    candic@flgsd.com,
               christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;dereks@flgsd.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                              TOTAL: 3
```